UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSHUA TAKACH,
D.O.C. # J36940,
    Plaintiff,

vs.                                    Case No.:  4:24cv423/MCR/MAF

RICKY DIXON, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on January 2, 2025. (Doc. 7). The Court furnished the Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 7) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED without prejudice** for failure to prosecute and failure to comply with a court order.

3. The Clerk of Court is directed to enter judgment stating, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order" and close this case.

**DONE AND ORDERED** this 24th day of April 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**